**LTL Attorneys LLP**
David W. Ammons (SBN 187168)
  david.ammons@ltlattorneys.com
Kevin B. Kelly (SBN 274145)
  kevin.kelly@ltlattorneys.com
300 S. Grand Avenue, Suite 3950
Los Angeles, CA 90071
Tel:   (213) 612-8900
Fax:   (213) 612-3773

Attorneys for Defendant,
**JPMORGAN CHASE BANK, N.A.**

STEVEN M. CHIZEN, SBN 329160
CHIZEN LAW, PROFESSIONAL CORPORATION
5111 Telegraph Avenue, Suite 301
Oakland, CA 94609
Telephone: (510) 545-9556
Email: steven.chizen@chizenlaw.com

Attorney for Plaintiff Kyle Chu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CHU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and Does 1-20, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:25-cv-08509-LJC<br><br>Magistrate Judge Lisa J. Cisneros<br><br>**STIPULATION TO STAY ACTION AND PROCEED WITH BINDING ARBITRATION**<br><br>Action Filed:　　August 29, 2025<br>Removal Date:　October 6, 2025<br>Trial Date:　　　Not Yet Set |

Plaintiff Kyle Chu ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase") (collectively, the "Parties") hereby file this Stipulation to Stay the Action and Proceed with Binding Arbitration of Plaintiff's claims. The Parties hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint on August 29, 2025, in San Francisco County Superior Court. In his Complaint, Plaintiff seeks to recover alleged economic damages in the form of lost income and benefits, non-economic damages for physical and emotional distress, pain and suffering and depression, anxiety and humiliation, loss of reputation and other injuries, punitive damages, and attorney's fees and costs.

WHEREAS, Chase removed the action to this Court on October 6, 2025;

WHEREAS, Chase contends that Plaintiff's claims are subject to a Binding Arbitration Agreement entered into during Plaintiff's employment, and on that basis filed a Petition to Compel Arbitration on November 4, 2025, which is currently pending before this Court and scheduled to be heard on December 16, 2025;

WHEREAS, without conceding the accuracy of any factual or legal assertions regarding the arbitration agreement, and without admitting or disputing its applicability, Plaintiff is willing to stipulate to proceed to arbitration in the interest of avoiding unnecessary motion practice;

WHEREAS, the Parties have agreed to submit Plaintiff's claims alleged in this action to binding arbitration administered by the American Arbitration Association ("AAA");

WHEREAS, the Parties further agree that, upon the Court's approval and entry of this Stipulation and Order staying the action, Chase shall withdraw its pending petition to compel arbitration, and each side shall bear its own attorneys' fees and costs related to that petition;

NOW, THEREFORE, the Parties jointly request that the Court enter the attached Proposed Order staying this action pending completion of the arbitration.

IT IS SO STIPULATED.

Respectfully submitted,

**LTL ATTORNEYS LLP**

Dated: November 10, 2025     By: */s/ David W. Ammons*
David W. Ammons, Esq.
Kevin B. Kelly, Esq.
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

**CHIZEN LAW, PROFESSIONAL CORPORATION**

Dated: November 10, 2025     By: */s/ Steven M. Chizen*
Steven M. Chizen, Esq.
Attorneys for Plaintiff
Kyle Chu

### SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in the filing of this document.

By: */s/ David W. Ammons*
David W. Ammons

1   **[PROPOSED] ORDER   AS MODIFIED**

2   Pursuant to parties' Stipulation, and good cause appearing, the Court orders
3   that this entire action shall proceed to binding arbitration. This action shall be stayed
4   pending binding arbitration. The hearing currently set for December 16, 2025 is
5   vacated. The parties shall file a status report by May 15, 2026 advising the Court of
6   the status of arbitration proceedings.

7   **IT IS SO ORDERED.**

9   Dated: November 13, 2025

    HON. LISA J. CISNEROS
    UNITED STATES MAGISTRATE JUDGE