**LTL Attorneys LLP**
David W. Ammons (SBN 187168)
david.ammons@ltlattorneys.com
Kevin B. Kelly (SBN 274145)
kevin.kelly@ltlattorneys.com
300 S. Grand Avenue, Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant,
**JPMORGAN CHASE BANK, N.A.**

**Chizen Law, Professional Corporation**
Steven M. Chizen, SBN 329160
5111 Telegraph Avenue, Suite 301
Oakland, CA 94609
Tel: (510) 545-9556
Email: steven.chizen@chizenlaw.com

Attorney for Plaintiff
**KYLE CHU**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KYLE CHU,

Plaintiff,

v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and Does 1-20, inclusive,

Defendants.

Case No.: 3:25-cv-08509-LJC

Magistrate Judge Lisa J. Cisneros

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Action Filed: August 29, 2025
Removal Date: October 6, 2025
Trial Date: Not Yet Set

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, that the above-captioned action shall be dismissed in its entirety, with prejudice, with no award of counsel fees or costs to either side.

**IT IS SO STIPULATED.**

DATED: August 25, 2026

Attorneys for Plaintiff
Kyle Chu

By: /s/ Steven Chizen
Steven Chizen
Chizen Law, Professional Corporation
steven.chizen@chizenlaw.com
5111 Telegraph Ave.
Suite 301
Oakland, CA 94609

DATED: August 25, 2026

Attorneys for Defendant
JPMorgan Chase Bank, National Association

By: /s/ David W. Ammons
David W. Ammons
LTL Attorneys LLP
300 S. Grand Avenue | Suite 3950
Los Angeles, California 90071

**SIGNATURE CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in the filing of this document.

By: /s/ David W. Ammons
David W. Ammons

**ORDER**

Pursuant to the parties' Stipulation, and good cause appearing, the Court orders that the above-captioned action is DISMISSED in its entirety, with prejudice, with no award of counsel fees or costs to either side. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:August 31, 2026

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE